IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**MICHAEL PRINGLE,** §
§
Petitioner, §
v. § Civil Action No. **3:15-CV-1455-L**
§
**UNITED STATES OF AMERICA,** §
§
Respondent. §

## ORDER

This case was referred to Magistrate Judge David L. Horan, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 14) on October 5, 2015, recommending that the court deny Petitioner's Motion Requesting Leave to Supplement and Amend Pending § 2255 Petition Under Federal Rules of Civil Procedure, Rule 15(a) in Light of Recent Supreme Court Decision in *Johnson v. United States*, No. 13-7120 (2015) (Doc. 7), filed July 16, 2015.  Petitioner filed objections to the Report (Docs. 15-17).

After carefully reviewing the pleadings, file, objections, applicable law, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court because Petitioner's requested amendment would be futile for the reasons set forth in the Report.  The court, therefore, **overrules** Petitioner's objections and **denies** his Motion Requesting Leave to Supplement and Amend Pending  § 2255 Petition Under Federal Rules of Civil Procedure, Rule 15(a) in Light of Recent Supreme Court Decision in *Johnson v. United States*, No. 13-7120 (2015) (Doc. 7).

**Order – Page 1**

**It is so ordered** this 24th day of November, 2015.

Sam A. Lindsay
United States District Judge