IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**MICHAEL PRINGLE,**                          §
                                              §
    Petitioner,                          §
                                              §
v.                                            §        Civil Action No. **3:15-CV-1455-L**
                                              §
**UNITED STATES OF AMERICA,**                 §
                                              §
    Respondent.                          §

## <u>ORDER</u>

This case was referred to Magistrate Judge David L. Horan, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 24) on January 21, 2016, recommending that the court deny Petitioner's Application to Proceed In Forma Pauperis in his interlocutory appeal (Doc. 23). Petitioner filed objections to the Report (Doc. 27).

After carefully reviewing the pleadings, file, objections, applicable law, record in this case, and Report, and having conducting a de novo review of that portion of the Report to which objection was made, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. The court, therefore, **overrules** Petitioner's objections and **denies** his Application to Proceed In Forma Pauperis on appeal (Doc. 27).

**It is so ordered** this 29th day of February, 2016.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Page 1